## LAROUE *v.* CONWAY.

TOWNSHIP BOARDS—JUSTICES OF THE PEACE—VACANCY IN OFFICE.
Under 1 How. Stat. § 744, providing that the two justices of
the peace whose terms of office will soonest expire shall be
members of the township board, upon a vacancy arising in
either of the senior terms the third justice succeeds to mem-
bership.

*Certiorari* to Chippewa; Steere, J. Submitted No-
vember 1, 1898. Decided November 15, 1898.

*Mandamus* by Sarah J. Laroue to compel Edward H.
Conway, county treasurer of Chippewa county, to receive
and file a liquor bond. From an order denying the writ
relator brings *certiorari.* Affirmed.

*McDonald & Smith,* for relator.

*Oren & Webster,* for respondent.

GRANT, C. J. This case involves the right of one
Charles W. Caley, a justice of the peace, to act as a mem-
ber of the township board of the township of Superior,
Chippewa county. At a meeting of said board there were
present the supervisor, the clerk, and one Scribner, a jus-
tice of the peace, whose term of office expires in 1899.
The office of the justice whose term would have expired
July 3, 1898, was vacant. Mr. Caley's term expires July
3, 1900. 1 How. Stat. § 744, provides that the board
shall consist of four members,—the supervisor, the clerk,
and the two justices of the peace whose terms of office
soonest expire. Under the relator's contention, the town-
ship board would consist of only three members until the
vacancy in the senior term was filled. We are of the
opinion that the statute means the two oldest justices at
the time holding office. The court below so held, and
the judgment is affirmed.

The other Justices concurred.